August 10, 1964

## Commonwealth ex rel. Osborne, Appellant, *v.* Maroney.

Submitted March 18, 1964. *Ernest Osborne*, appellant, in propria persona; *Vincent C. Veldorale* and *Thomas M. Reed*, Assistant District Attorneys, *F. Emmett Fitzpatrick, Jr.*, First Assistant District Attorney, and *James C. Crumlish, Jr.*, District Attorney, for appellee.

Order affirmed.

July 16, 1964

## Commonwealth ex rel. Ryan, Appellant, *v.* Rundle.

Submitted June 8, 1964. *John Patrick Ryan*, appellant, in propria persona; *John F. Hassett* and *Thomas M. Reed*, Assistant District Attorneys, *F. Emmett Fitzpatrick, Jr.*, First Assistant District Attorney, and *James C. Crumlish, Jr.*, District Attorney, for appellee.

Order affirmed.